UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KERRY TURNER,<br><br>        Plaintiff,<br><br>v.<br><br>RENO POLICE DEPARTMERN, *et al.*,<br><br>        Defendants. | Case No. 2: 24-cv-01516-CDS-EJY<br><br>**ORDER** |

On August 15, 2024, *pro se* Plaintiff filed a Complaint with the Clerk of Court initiating a civil action in this Court. ECF No. 2-1. Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $405 filing fee is required to commence a civil action in federal district court. Any person unable to prepay the fees in a civil case may apply to the Court for *in forma pauperis* status. 28 U.S.C. § 1915(a)(1); LSR 1-1. Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** either pay the full filing fee of $405 or complete an application to proceed *in forma pauperis* and file it with the Clerk of Court on or before **October 15, 2024**.

IT IS FURTHER ORDERED that the Clerk of Court **must** retain Plaintiff's proposed Complaint (ECF No. 2-1), but shall not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application, one copy of the proposed Complaint (ECF No. 2-1), and one copy of this Order.

 1        IT IS FURTHER ORDERED that Plaintiff's failure to timely comply with this Order will result in a recommendation to dismiss this action in its entirety without prejudice.

          DATED this 20th day of August 2024.

                                              _____
                                              ELAYNA J. YOUCHAH
                                              UNITED STATES MAGISTRATE JUDGE