UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KERRY TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>RENO POLICE DEPARTMERN, *et al.*,<br><br>    Defendants. | Case No. 2: 24-cv-01516-CDS-EJY<br><br>**ORDER** |

Plaintiff recently submitted a document without a caption and points or authorities. ECF No. 11. Plaintiff is reminded that **all** documents filed with the Court must have a caption with the case name and number as depicted above.

Despite Plaintiff's failure to comply with these requirements, and given the recent realignment of prisoners by the Nevada Department of Corrections, the Court extends the due date for Plaintiff to either pay the full filing fee of $405 or file a complete application to proceed *in forma pauperis* to **November 8, 2024**.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's filing seeking an extension of time (ECF No. 11) is GRANTED to give Plaintiff through and including **November 8, 2024** to either pay the $405 filing fee or submit a complete *in forma pauperis* application.

DATED this 7th day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1